JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GHAWI, INDIVIDUALLY AND DOING BUSINESS AS A&J PAPER GROUP,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARAUSTAR RECOVERED FIBER GROUP, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br>　　　　　Defendants. | Case No: 2:17-cv-03271 R(GJSx)<br><br>Assigned to Hon. Manuel L. Real<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | **Order** |
| 2 | The Court, having considered the parties' Joint Stipulation, hereby ORDERS |
| 3 | that the above-captioned action is dismissed in its entirety, with prejudice. |
| 5 | Dated: August 31, 2017 |

_____
Hon. Manuel L. Real
United States District Judge